## Donna, Appellant, *v.* Abbotts Dairies, Incorporated.

Argued April 19, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Rutledge Slattery*, with him *Andrew Mutch Knowlton, Daniel B. Michie, Jr., Frank Slattery,* and *Fell & Spaulding,* for appellants.

*Arthur Littleton*, with him *Henry T. Reath, Claude C. Smith,* and *Duane, Morris & Heckscher,* and *Morgan, Lewis & Bockius,* for appellees.

OPINION PER CURIAM, May 23, 1960:
The order of the court below dismissing the plaintiffs' complaint in mandamus is affirmed on the opinion of Judge GRIFFITHS, reported in 20 Pa. D. & C. 2d 463.